UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:
EQUIFIRST CORPORATION,
             Plaintiff,                     Case No. 08-03851-CLB

v.

WILLIAM J. LEROY, CHARLENE I. LEROY,
John Doe # 1 through John Doe # 10
             Defendants,
---------------------------------------------------------------x

## CONSENT TO CHANGE ATTORNEY

IT IS HEREBY CONSENTED THAT McGlinchey Stafford, PLLC of Suite 600, 194 Washington Avenue, Albany, New York 12210 and McNamee, Lochner, Titus & Williams, P.C. of 677 Broadway, Albany, New York 12207, be substituted as attorney of record for the undersigned party in the above entitled action in place and stead of the undersigned attorney as of the date hereof.

This consent may be executed in separate counterparts which together shall constitute the agreement of the parties, provided that all of the parties to this agreement have executed their respective copy of the Consent. A facsimile copy of this Consent, which is signed, is valid.

Dated: 5-19-08
EQUIFIRST CORPORATION
By: Kevin J. Lamberson, Esq.

Dated: _____
SHAPIRO & DiCARO, LLP
By: _____

STATE OF NORTH CAROLINA    )
                                    )ss.:
COUNTY OF MECKLENBURG    )

On the 19 day of May, 2008 before me, the undersigned, personally appeared Kevin J. Lamberson, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he\she executed the same in his\her capacity, and that by his\her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Notary Public State of NC
STEPHANIE L. MCKENDRICK

M0158063.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:
EQUIFIRST CORPORATION,
                Plaintiff,                Case No. 08-03851-CLB

v.

WILLIAM J. LEROY, CHARLENE I. LEROY,
~~John Doe # 1 through John Doe # 10~~
                Defendants,
-------------------------------------------------------x

## CONSENT TO CHANGE ATTORNEY

    IT IS HEREBY CONSENTED THAT McGlinchey Stafford, PLLC of Suite 600, 194 Washington Avenue, Albany, New York 12210 and McNamee, Lochner, Titus & Williams, P.C. of 677 Broadway, Albany, New York 12207, be substituted as attorney of record for the undersigned party in the above entitled action in place and stead of the undersigned attorney as of the date hereof.

    This consent may be executed in separate counterparts which together shall constitute the agreement of the parties, provided that all of the parties to this agreement have executed their respective copy of the Consent. A facsimile copy of this Consent, which is signed, is valid.

Dated: _____        Dated: May 22, 2008
        EQUIFIRST CORPORATION              SHAPIRO & DiCARO, LLP

By: Kevin J. Lambertson, Esq.             By: John A. DiCaro

STATE OF NORTH CAROLINA    )
                                          )ss.:
COUNTY OF MECKLENBURG     )

    On the ___ day of _____, 20__, before me, the undersigned, personally appeared Kevin J. Lambertson, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he\she executed the same in his\her capacity, and that by his\her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                                  _____
                                                  Notary Public  State of

M0158063.1

STATE OF NEW YORK         )
                          )ss.:
COUNTY OF _Monroe_        )

On the _22_ day of _May_____, 20_08_ before me, the undersigned, personally appeared _John A. DiCaro_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he\she executed the same in his\her capacity, and that by his\her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public  State of New York

MARYJO WALKER
Notary Public, State of New York
No. 01WA6114609
Qualified in Monroe County
Commission Expires Aug. 23, 2008

M0158063.1